```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
|                Plaintiff,   ) | Docket No. 4:06CR3039 |
|      v.                         ) | |
| SHONNA LYNN JORDAN,             ) | ORDER |
|                Defendant.   ) | |

    IT IS ORDERED:

    1.  Defendant's motion to continue, filing 15, is granted in part and the change of plea hearing is continued to August 17, 2006 at 2:00 p.m. before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

    2.  For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. <u>See</u> 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

    3.  Defendant shall appear at the hearing.

    DATED: August 1, 2006.

                                  BY THE COURT:

                                  s/ *David L. Piester*
                                  David L. Piester
                                  United States Magistrate Judge