IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3039 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| SHONNA LYNN JORDAN, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the court's memorandum and order previously issued this date,

IT IS ORDERED that judgment is entered for the United States and against the defendant, providing that the defendant shall take nothing and the defendant's motion (filing 47) to vacate, set aside or the correct her sentence under 28 U.S.C. § 2255 is dismissed without prejudice.

May 25, 2007                          BY THE COURT:

                                      *s/Richard G. Kopf*
                                      United States District Judge